1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10   JEREMY R. STUTZMAN,              )  CASE NO. CV 08-6783-FMC (PJW)
                                      )
11          Plaintiff,                )
                                      )  ORDER ACCEPTING REPORT AND
12          v.                        )  ADOPTING FINDINGS, CONCLUSIONS,
                                      )  AND RECOMMENDATIONS OF UNITED
13   COUNSELOR WILSON, et al.,        )  STATES MAGISTRATE JUDGE
                                      )
14          Defendants.               )
     _____)

15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the

17   Complaint, the records on file, and the Report and Recommendation of

18   United States Magistrate Judge.  No objections to the Report and

19   Recommendation have been filed.  The Court accepts the Magistrate

20   Judge's Report and adopts it as its own findings and conclusions.

21

22        DATED:    September 2, 2009

23

24                                    _____

25                                    FLORENCE-MARIE COOPER
                                      UNITED STATES DISTRICT JUDGE

26

27

28   C:\Temp\notesE1EF34\Order accep r&r_any case_NO objections.wpd