UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEREMY R. STUTZMAN, | ) | Case No. CV 08-6783-FMC (PJW) |
| Plaintiff, | ) | |
| v. | ) | J U D G M E N T |
| COUNSELOR WILSON, et al., | ) | |
| Defendants. | ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: <u>September 2, 2009</u>

*Florence-Marie Cooper*

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment_civil rights ONLY.wpd